

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-14-00080-CV

**WILLIE OTTO FLENTGE, JR.,**
**CHARLES RAY FLENTGE,**
**AND MARY FLENTGE MCAULEY,**

                                                             **Appellants**

 **v.**

**CARL DEAN FLENTGE,**
**INDEPENDENT EXECUTOR OF THE**
**ESTATE OF LAVERNA FLENTGE,**

                                                             **Appellees**

_____

### From the 21st District Court
### Burleson County, Texas
### Trial Court No. 27,354

_____

## MEMORANDUM OPINION

_____

Willie Otto Flentge, Jr., Charles Ray Flentge, and Mary Flentge McAuley appeal

from the trial court's February 10, 2014 Order Authorizing Disbursements to Carl

Flentge, Individually and as Independent Executor of the Estate of Laverna Flentge,

Deceased.  The Flentge's brief was originally due on June 9, 2014.  By letter dated June

27, 2014, this Court notified the Flentge's that the appeal was subject to dismissal for want of prosecution if a brief or response showing grounds for continuing the appeal was not filed within 21 days from the date of the letter.  More than 21 days have passed, and no response has been filed.   Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(b).


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 31, 2014
[CV06]